**DISMISSED and Opinion Filed January 25, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

---

### No. 05-11-01077-CV

---

## Ex Parte GEORGE WYATT JR

---

On Appeal from the Criminal District Court No. 1
Dallas County, Texas
Trial Court Cause No. X-11-245-H

---

## OPINION

Before Chief Justice Wright, and Justices Lang-Miers and Lewis
Opinion by Justice Lang-Miers

Appellant's brief in this case is overdue. By letter dated April 23, 2012, we notified appellant the time for filing his brief had expired and directed appellant to file his brief and an extension motion within ten days. By order dated August 13, 2012, we denied appellant's motion for appointment of counsel. By letter dated October 15, 2012, we again notified appellant the time for filing his brief had expired. We directed appellant to file his brief and an extension motion within ten days. We cautioned appellant that failure to do so would result in the dismissal of this appeal. To date, appellant has not filed his brief, an extension motion, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 38.8 (A)(1); 42.3(b),(c).

ELIZABETH LANG-MIERS
JUSTICE

111077F.P05



# Court of Appeals
## Fifth District of Texas at Dallas
### JUDGMENT

EX PARTE GEORGE WYATT JR

No. 05-11-01077-CV

On Appeal from the Criminal District Court No. 1, Dallas County, Texas
Trial Court Cause No. X-11-245-H.
Opinion delivered by Justice Lang-Miers.
Chief Justice Wright and Justice Lewis participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellee The State of Texas recover its costs of this appeal from appellant George Wyatt Jr.

Judgment entered this 25th day of January, 2013.

ELIZABETH LANG-MIERS
JUSTICE